UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**MARTHA WHITE,**

    **Plaintiff,**

VS.                                        CASE NO.: 2:21-CV-0541-JLB-NPM

**EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC. and TRANSUNION LLC,**

    **Defendants**.

_____/

**JOINT NOTICE OF PENDING SETTLEMENT AS TO
EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

    Plaintiff, MARTHA WHITE, and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. by and through their undersigned counsel, hereby notify the Court that the parties, have reached a settlement with regard to this case against EXPERIAN INFORMATION SOLUTIONS, INC. only, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Date: September 24, 2021

Jointly submitted,

*/s/ John C. Distasio*_____
John C Distasio, Esq.
Florida Bar No.: 096328
The Florida Law Group
407 N. Howard Avenue, Suite 100
Tampa, FL 33606
(813) 463-8880
john@floridalawgroup.org
*Attorney for Plaintiff*

*/s/ Monique Eloi*_____
Monique Eloi
Florida Bar No. 1025828
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9797
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of September, 2021, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ John C. Distasio, Esquire*
JOHN C. DISTASIO, ESQUIRE
Florida Bar No.: 096328