UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARTHA WHITE,

    Plaintiff,

                                                  CASE NO.: 2:21-CV-00541-JLB-NPM

-VS-

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
And TRANSUNION LLC,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

    Comes now the Plaintiff, MARTHA WHITE, and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., and pursuant to Fed. R. Civ. P., Rule 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against EXPERIAN INFORMATION SOLUTIONS, INC only in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

    Respectfully submitted this 5th day of November, 2021.

| | |
|---|---|
| ***Monique Eloi., Esq.*** | */s/ John C. Distasio, Esq.* |
| Monique Eloi | John C. Distasio, Esq. |
| Florida Bar No: 1025828 | Florida Bar No.: 096328 |
| Associate | The Florida Law Group |
| **JONES DAY® - One Firm Worldwide®** | 407 N. Howard Avenue, Suite 100 |
| 600 Brickell Avenue | Tampa, FL 33606 |
| Suite 3300 | Telephone: (813) 463-8880 |
| Miami, FL 33131 | john@floridalawgroup.org |
| Office +1.305.714.9797 | *Attorney for Plaintiff* |
| *Attorney for Defendant* | |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 5, 2021, I electronically filed the foregoing in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

              */s/ John C. Distasio, Esquire*
              JOHN C. DISTASIO, ESQUIRE
              Florida Bar No.: 096328