UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARTHA WHITE,

    Plaintiff,

v.                                          Case No:  2:21-cv-541-JLB-NPM

TRANSUNION LLC,

    Defendant.

## ORDER

Plaintiff and Defendant TransUnion LLC have filed a Joint Stipulation for Final Order of Dismissal with Prejudice. (Doc. 42.) The stipulation is self-executing. Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk of Court is **DIRECTED** to close the file.

**ORDERED** at Fort Myers, Florida, on January 7, 2022.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE